### 13914. DICKERSON *v.* THE STATE.

BLOODWORTH, J. The motion for a new trial in this case is based upon the general grounds only; no error of law appears; the evidence amply supports the verdict, and the judgment is

*Affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED NOVEMBER 14, 1922.

Indictment for burglary; from Fulton superior court — Judge Humphries. July 22, 1922.

*George K. Fielding, Tillou Von Nunes,* for plaintiff in error.

*John A. Boykin, solicitor-general, E. A. Stephens,* contra.

---

### 13915. FANN *v.* THE STATE.

BROYLES, C. J. The motion for a new trial contains only the usual general grounds; the verdict was amply authorized by the evidence, and the court did not err in refusing a new trial.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 14, 1922.

Indictment for burglary; from Fulton superior court — Judge Humphries. July 22, 1922.

*George K. Fielding,* for plaintiff in error.

*John A. Boykin, solicitor-general, E. A. Stephens,* contra.